AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)



| 1. Person Reporting (last name, first, middle initial)<br><br>Hornby, D. Brock | 2. Court or Organization<br><br>District of Maine | 3. Date of Report<br><br>04/16/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States District Court<br>156 Federal Street<br>Portland, ME 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member | The American Law Institute |
| 2. Member, Committee on Science, Technology and the Law | The National Academies |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hornby, D. Brock

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 09/06/2009 | American Judicature Society-Devitt Distinguished Service to Justice Award | $15,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Hornby Zeller Associates (management consultants to state gov'ts in human services areas) (See Section VIII-Addendum to Section III(B)) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Law Institute | 07/08-13/09 | Beijing, China | Educational Program | paid travel and lodging for self, and meal expenses for self and spouse |
| 2. | American Judicature Society | 09/12-13/09 | Washington, DC | Ceremony for Devitt Award | paid travel, lodging and meal expenses for self and spouse |
| 3. | American Law Institute | 10/9-11/09 | Philadelphia, PA | Meeting of Restatement Advisers | paid travel, lodging and meal expenses |
| 4. | The National Academies | 10/18-20/09 | Washington, DC | CSTL Committee Meeting | paid travel, lodging and meal expenses |
| 5. | American Law Institute | 10/22-24/09 | New York, NY | Council Meeting | paid travel, lodging and meal expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | K | T | | | | | |
| 2. Ally Bank accounts (frmrly GMAC) | C | Interest | M | T | | | | | |
| 3. Emigrant Direct | C | Interest | M | T | | | | | |
| 4. PayPal Money Mkt | A | Interest | J | T | | | | | |
| 5. U.S. Savings Bonds | | None | L* | T | | | | | |
| 6. | | | *error in coding "J" before | | | | | | |
| 7. U.S. Treasury Bills & Notes | A | Interest | | | Matured | 1/31/09 3/31/09 | K | A | |
| 8. Maine State Turnpike Auth'y bonds | C | Interest | L | T | | | | | |
| 9. Maine Health & Higher Edu. Facs. Auth. bonds | D | Interest | M | T | | | | | |
| 10. Puerto Rico Public Finance Corp. bond | B | Interest | K | T | | | | | |
| 11. Bangor ME bond | A | Interest | K | T | | | | | |
| 12. Scarborough ME bond | B | Interest | K | T | | | | | |
| 13. Maine Municipal Bond Bank bond | A | Interest | J | T | | | | | |
| 14. Portland ME Airport bond | A | Interest | J | T | | | | | |
| 15. Puerto Rico Public Bldgs Authority bond | A | Interest | K | T | | | | | |
| 16. Commonwealth of Puerto Rico bonds | C | Interest | K | T | Buy | 4/15/09 | K | | |
| 17. Univ. of Maine System bond | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Puerto Rico Elec. Pwr Auth. bond | A | Interest | J | T | Buy | 2/25/09 3/18/09 | J | | |
| 19. Puerto Rico Aqueduct & Sewer Auth. bond | A | Interest | J | T | Buy | 3/13/09 | J | | |
| 20. RBC Wealth Mgt (formerly J.B. Hanauer & Co.) money mkt acct | A | Interest | J | T | | | | | |
| 21. T. Rowe Price Mutual Funds | | | | | | | | | |
| 22. -International Stock | A | Dividend | K | T | | | | | |
| 23. Vanguard Group Mutual Funds | | | | | | | | | |
| 24. -Asset Allocation Fund | A | Dividend | J | T | | | | | |
| 25. -Value Index Fund | A | Dividend | K | T | buy | mthly | J | | |
| 26. -Inflation Protected Security Inv | A | Dividend | J | T | | | | | |
| 27. -Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 28. -Tax Mgt Int'l Fund | A | Dividend | J | T | | | | | |
| 29. The MP63 Fund, Inc. (mutual fund) | A | Dividend | K | T | buy | mthly | J | | |
| 30. Alpine Funds | | | | | | | | | |
| 31. -Dynamic Dividend | C | Dividend | K | T | buy | mthly | J | | |
| 32. -International Real Estate | A | Dividend | K | T | buy | mthly | J | | |
| 33. -Dynamic Balance | A | Dividend | J | T | buy | mthly | J | | |
| 34. Bridgeway Funds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ultra-Small Company Mkt Fund | A | Dividend | K | T | buy | mthly | J | | |
| 36. Matthews Asian Funds | | | | | | | | | |
| 37. -Asia Pacific | A | Dividend | K | T | buy | mthly | J | | |
| 38. -India | A | Dividend | K | T | buy | mthly | J | | |
| 39. The Fairholme Fund | A | Dividend | K | T | Buy | mthly | J | | |
| 40. com stk Avon Products | A | Dividend | K | T | buy | mthly | J | | |
| 41. com stk H.J. Heinz Co. | A | Dividend | K | T | buy | mthly | J | | |
| 42. com stk Illinois Tool Works | A | Dividend | K | T | buy | mthly | J | | |
| 43. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 44. -Cash Management Account | A | Interest | K | T | | | | | |
| 45. -com stk UNUM Provident Corp. | A | Dividend | | | Sold | 8/28/09 | K | None | |
| 46. -com stk Tupperware Corp. | A | Dividend | | | Sold | 9/24/09 | J | C | |
| 47. -com stk J P Morgan Chase & Co. | A | Dividend | | | Sold | 8/28/09 | J | B | |
| 48. -com stk General Electric Co. | A | Dividend | J | T | | | | | |
| 49. -com stk Diageo PLC new (ADR) | A | Dividend | J | T | | | | | |
| 50. -com stk Avon Products | A | Dividend | J | T | | | | | |
| 51. -ETF I Shares MSCI Mexico | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -com stk First Service Corp. | | None | J | T | | | | | |
| 53. -com stk Sirius Satellite Radio | | None | J | T | | | | | |
| 54. -Barclays Bank PLC iPath Index Fund | | None | J | T | | | | | |
| 55. -com stk Newell Rubbermaid | A | Dividend | J | T | | | | | |
| 56. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 57. -Cash Management Acct | A | Interest | K | T | | | | | |
| 58. -com stk LandAmerica Financial Group, Inc. (Y) | | | | | | | | | |
| 59. -com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 60. -com stk Starbucks Corp. | | None | J | T | | | | | |
| 61. -com stk IAC/Interactive Corp. | | None | | | Sold | 9/24/09 | J | A | |
| 62. -com stk HSN Inc. | | None | | | Sold | 9/24/09 | J | A | |
| 63. -com stk Interval Leisure Group Inc. | | None | | | Sold | 9/24/09 | J | A | |
| 64. -com stk Ticketmaster | | None | | | Sold | 9/24/09 | J | A | |
| 65. -com stk Tree.com Inc. | | None | | | Sold | 9/24/09 | J | A | |
| 66. -com stk Popular, Inc. | A | Dividend | J | T | | | | | |
| 67. -Washington REIT | B | Dividend | K | T | | | | | |
| 68. -com stk Pioneer Natural Resources | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 70. -mutual Fairholme Fund | A | Dividend | K | T | | | | | |
| 71. -Blackrock Int'l Bond Portfolio | A | Dividend | J | T | | | | | |
| 72. -American Campus Communities REIT | A | Dividend | K | T | | | | | |
| 73. -com stk Grupo Televisa | A | Dividend | J | T | | | | | |
| 74. -Turkish Investment Fund | | None | K | T | | | | | |
| 75. -Prudent Bear Fund | | None | J | T | | | | | |
| 76. -com stk Peabody Energy Corp | A | Dividend | J | T | | | | | |
| 77. -com stk Patriot Coal Corp. | | None | J | T | | | | | |
| 78. -Alpine Total Dynamic Div. Fund | A | Interest | J | T | | | | | |
| 79. -T. Rowe Price Emerging Europe | | None | J | T | | | | | |
| 80. -Matthews Korea Fund | A | Dividend | J | T | | | | | |
| 81. -com stk Amazon.com | | None | K | T | | | | | |
| 82. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 83. -Cash Management Acct | A | Interest | K | T | | | | | |
| 84. -com stk DWS Europe Equity Fund | A | Dividend | J | T | | | | | |
| 85. -com stk LandAmerica Financial Group (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -com stk Powershares QQQ (frmrly Nasdaq 100) | A | Dividend | J | T | | | | | |
| 87. -com stk Immunogen Inc. | | None | J | T | | | | | |
| 88. -U.S. Global Investors Eastern Europe (mutual) | | None | J | T | | | | | |
| 89. -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 90. -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 91. -Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 92. -com stk Medtronic Inc. | A | Dividend | J | T | | | | | |
| 93. -adr Nokia Corp. | A | Dividend | J | T | | | | | |
| 94. -Developers Diversified Realty REIT preferred Class H | A | Dividend | J | T | | | | | |
| 95. -com stk Cisco Systems Inc. | | None | J | T | | | | | |
| 96. -adr Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 97. -com stk Nautilus Group Inc. | | None | J | T | | | | | |
| 98. -com stk Developers Diversified Realty REIT | A | Dividend | J | T | | | | | |
| 99. -Value Line Fund Inc. | | None | K | T | | | | | |
| 100. -Prudent Bear Fund | | None | K | T | | | | | |
| 101. -Fidelity Nordic Countries Fund | A | Dividend | J | T | | | | | |
| 102. -I Shares MSCI Japan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -T. Rowe Price Africa & Middle East | A | Dividend | J | T | | | | | |
| 104. -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | Buy | 6/16/09 | J | | |
| 105. Pension Plan Acct. TIAA-CREF | | None | M | T | | | | | |
| 106. Pension Plan Acct. TIAA-CREF | | None | O | T | | | | | |
| 107. 401K Plan CMC Interactive LLC | | | | | | | | | |
| 108. -First Eagle Over A* | C | Dividend | L | T | | | | | |
| 109. -Calamos Growth A* | | None | | | Sold | 6/17/09 | K | A | |
| 110. -Am. Fds Growth Fund R4 (RGAEX) | A | Dividend | K | T | Buy | 6/17/09 | K | | |
| 111. -Perkins Mid-Cap Value Inv (JMCVX) | A | Dividend | J | T | Buy | 12/2/09 | J | | |
| 112. -Royce Total Return* | A | Dividend | K | T | | | | | |
| 113. -Oakmark Equity & Income J* | B | Dividend | K | T | | | | | |
| 114. -Selected American* | A | Dividend | K | T | | | | | |
| 115. -Columbia Acorn Fund* | A | Dividend | K | T | | | | | |
| 116. -Pimco Total Return | A | Dividend | J | T | | | | | |
| 117. -Schwab Int'l Index* | A | Dividend | K | T | | | | | |
| 118. -Principal Investors High Yield II | A | Dividend | J | T | | | | | |
| 119. nonvoting stk Mandel Investment Corp. | A | Dividend | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  1/2 unit ltd. partnership int. in Falls Development Assoc., | | | | | | | | | |
| 121.  ltd. real estate partnership purchased 12/30/85; total | | | | | | | | | |
| 122.  of $16,489.50 pd in installments completed 2/10/90 | | None | K | R | | | | | |
| 123.  ltd. partnership int. in Miraculous, LLC, ltd. | | | | | | | | | |
| 124.  real estate partnership purchased 2/11/02 $50,000 | B | Distribution | L | R | | | | | |
| 125.  Minnesota Life:endowment life | A | Dividend | J | T | | | | | |
| 126.  Hornby Zeller Properties LLC | | None | N | U | | | | | |
| 127.  BACHZA, Inc. | | None | J | U | | | | | |
| 128. | | | | | | | | | |
| 129.  * amounts contributed automatically on recurrent | | | | | | | | | |
| 130.  basis by employer and employee | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III(B): My ▨▨▨ income derives from salary and distributions in the management consulting firm of which ▨▨ is a fifty percent shareholder, officer and employee (subchapter S corporation). There is one other shareholder and officer. The firm's income derives from contracts with state governments and, occasionally, nonprofit corporations.

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/16/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544